OHIO STATE BAR ASSOCIATION *v.* CANTAGALLO.

[Cite as Ohio State Bar Assn. *v.* Cantagallo (1983), 6 Ohio St. 3d 10.]

(D.D. No. 83-3—Decided July 13, 1983.)

*Mr. John R. Welch, Mr. Albert L. Bell, Mr. Frank P. Anzellotti, Jr.,* and *Mr. Jack C. Harris,* for relator.

*Mr. Robert R. Disbro* and *Mr. Robert J. Vecchio,* for respondent.

*Per Curiam.* After a careful examination and review of the record in this cause, this court concurs with the findings and conclusions of the board that respondent violated DR 9-102 (B)(1), (3), and (4).

It is the judgment of this court that respondent be suspended from the practice of law for a period of one year.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.

C. BROWN and J. P. CELEBREZZE, JJ., dissent.

CLIFFORD F. BROWN, J., dissenting. In my view, under all the circumstances in this case, a public reprimand of the respondent is a sufficient sanction.

J. P. CELEBREZZE, J., concurs in the foregoing dissenting opinion.